UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRITO JEAN JACQUES,**

    Petitioner,

v.                                      Case No. 4:24cv433-MCR/MAF

**STATE OF FLORIDA,**

    Respondent.

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated April 7, 2025. ECF No. 25. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 25, is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss, ECF No. 22, is **GRANTED** and the § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED as untimely**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 22nd day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**